UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GMAC, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>LESLIE-FOX, INC., a Washington corporation; JACK E. FOX, and the marital community comprised of JACK E. FOX and ELECTA FOX, husband and wife,<br><br>Defendants. | No. CV9-1257-MJP<br><br>**STIPULATION AND ORDER EXTENDING PERIOD DURING WHICH TEMPORARY RESTRAINING ORDER WILL REMAIN IN EFFECT** |

## STIPULATION

The parties to this action, by and through their undersigned counsel of record, hereby stipulate to the immediate entry of the subjoined order.

DATED: September 10, 2009.

| | |
|---|---|
| STOEL RIVES LLP | RYAN SWANSON & CLEVELAND PLLC |
| s/Andrew A. Guy, WSBA No. 9278<br>aaguy@stoel.com<br>Attorneys for Plaintiff, GMAC, Inc. | s/ Richard P. Lentini *(per email authorization)*,<br>WSBA No. 18086<br>lentini@ryanlaw.com<br>1201 Third Ave., Ste. 3400<br>Seattle, WA 98101-3034<br>Tele: 206-654-2231<br>Attorneys for Defendants Leslie-Fox, Inc. et al. |

**ORDER**

THIS MATTER came before the Court on the foregoing stipulation of the parties. The Court sees no reason why this stipulated order should not be entered. Therefore, it is hereby

ORDERED:

1. The Temporary Restraining Order entered herein on September 4, 2009 shall remain in effect through 11:59 p.m. PST on September 24, 2009, at which time it will terminate unless extended further or superseded by a subsequent court order.

2. This Order is without prejudice to any party's right to move to amend or vacate the Temporary Restraining Order, or to move for a preliminary injunction having the same or different terms, or for any other relief.

IT IS SO ORDERED.

DATED this _14th day of _September___ 2009.

_____
Marsha J. Pechman
United States District Judge

Stipulated to and Presented by:

STOEL RIVES LLP

s/ Andrew A. Guy, WSBA No. 9278
aaguy@stoel.com
Attorneys for Plaintiff, GMAC, Inc.

Stipulated to and Presentation Waived:

RYAN SWANSON & CLEVELAND PLLC

s/ Richard P. Lentini, *(per email authorization)*, WSBA No. 18086
lentini@ryanlaw.com
1201 Third Ave., Ste. 3400
Seattle, WA 98101-3034
Tele: 206-654-2231
Attorneys for Defendants Leslie-Fox, Inc. et al.